# United States Court of Appeals
## For the First Circuit

No. 06-2495

NELSON RIVERA-TORRES ET AL.,

Plaintiffs, Appellants,

v.

CESÁR REY-HERNANDEZ ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on September 6, 2007 is corrected as follows:

On p.9, l.17, "Item No. 8" should be "Item No. 7".